February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CONTINENTAL CASUALTY COMPANY AS SUBROGEE OF TRAFFIC SYSTEMS CONSTRUCTION, INC., Appellant

NO. 14-10-01128-CV                          V.

AMERICAN SAFETY CASUALTY INSURANCE COMPANY, Appellee

—————————————

This cause, an appeal from the order granting summary judgment in favor of appellee, American Safety Casualty Insurance Company, signed June 17, 2010, and made final by partial non-suit filed October 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Continental Casualty Company as Subrogee of Traffic Systems Construction, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.